IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

FRANK G. TREADWAY,
JOEY CLARK HATFIELD,
and CHARLES W. HENSLEY,
individually and on behalf of all others
similarly situated,

                    Plaintiff,

v.                                   Civil Action No.: 5:16-cv-12149

BLUESTONE COAL CORP.,
BLUESTONE INDUSTRIES, INC.,
and MECHEL BLUESTONE, INC.,

                      Defendants.

## ACCEPTANCE OF SERVICE

John F. Hussell, IV states that he is an attorney for the Defendants in the above-styled civil action and is duly authorized to accept service of the Complaint on behalf of Bluestone Coal Corp., Bluestone Industries, Inc., and Mechel Bluestone, Inc. Therefore, on behalf of the aforesaid Defendants, John F. Hussell, IV does hereby accept service of the Complaint on the 6th day of January, 2017, to have the same legal force and effect as personal service upon the aforesaid Defendants.

                                                  /s/ John F. Hussell, IV
                                                  John F. Hussell, IV - WV Bar No. 6610
                                                  WOOTON, DAVIS, HUSSELL & ELLIS, PLLC
                                                  P.O. Box 3971
                                                  Charleston, WV 25339
                                                  Direct: (304) 345-9455
                                                  Main: (304) 345-4611
                                                  john.hussell@wwdhe.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

FRANK G. TREADWAY,
JOEY CLARK HATFIELD,
and CHARLES W. HENSLEY,
individually and on behalf of all others
similarly situated,

                        Plaintiff,

v.                                                Civil Action No.: 5:16-cv-12149

BLUESTONE COAL CORP.,
BLUESTONE INDUSTRIES, INC.,
and MECHEL BLUESTONE, INC.,

                        Defendants.

## CERTIFICATE OF SERVICE

John F. Hussell, IV and the law firm of WOOTON, DAVIS, HUSSELL & ELLIS, PLLC, hereby certify that the **ACCEPTANCE OF SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participant:

                                        Samuel B. Petsonk, Esquire
                                        Mountain State Justice, Inc.
                                    1031 Quarrier Street, Suite 200
                                    Charleston, West Virginia 25301

Done this 6th day of January, 2017.

                                                                   /s/ John F. Hussell, IV