UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| FRANK G. TREADWAY, JOEY CLARK HATFIELD, AND CHARLES W. HENSLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br><br> Plaintiffs, <br><br> vs. <br><br> BLUESTONE COAL CORP., BLUESTONE INDUSTRIES, INC., AND; AND MECHEL BLUESTONE, INC., <br><br> Defendants, | 5:16-CV-12149 |

## **MEDIATION REPORT**

On April 23, 2018, the undersigned conducted mediation with the parties. Plaintiffs attended with their Counsel Samuel B. Petsonk, Esq. and Bren Pomponio, Esq. Defendants appeared by John F. Hussell, IV, Esq., John D. Wooten, Jr. Esq., Andrew Ellis, Esq. and corporate representative Steven Ball. I am pleased to report that the matter was settled. Since this matter is a class action, the parties will need to proceed with typical Court action to have the settlement approved.

Filed on April 24, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge