UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| FRANK G. TREADWAY, JOEY CLARK HATFIELD, AND CHARLES W. HENSLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>BLUESTONE COAL CORP., BLUESTONE INDUSTRIES, INC., AND; AND MECHEL BLUESTONE, INC.,<br><br>Defendants, | 5:16-CV-12149 |

## Mediated Settlement Agreement

Subject to typical District Court class action settlement procedures and Court approval, the parties agree to settle this matter as follows:

1. The Defendants agree to pay $782,000 to the Plaintiff's inclusive of a ten percent (10%) attorney's fees and costs paid in three equal installments of $260,666.67, the first payment being due by September 30, 2018, the second payment being due by December 31, 2018 and the final payment being due within 18 months of April 23, 2018;

2. The Defendants agree to pay to the class representatives the sum of $10,000 each for the total sum of $30,000.00, paid in three equal installments of $10,000.00, the first payment being due by September 30, 2018, the second payment being due by December 31, 2018 and the final payment being due within 18 months of April 23, 2018;

3. The Defendant's agree to pay to a class administrative fee to Mountain State Justice of $30,000.00, paid within 60 days of April 23, 2018;

4. Defendants will enter a Judgment Order for the amounts stated herein which the Plaintiff's agree will not be executed upon unless the Defendants default upon the payment of the amounts stated herein within the periods stated herein. In lieu of the legal rate of interest, the Defendants agree to pay a penalty of One Thousand Dollars ($1,000.00) per day for each day a payment due hereunder is late with the right of a fifteen (15) day cure period. Should a payment be late and not cured within 15 days of the due date, then the penalty of One Thousand Dollars ($1,000.00) will be retroactive to the original due date of the payment.

Agreed to:

_____
Samuel B. Petsonk, Esq.
Bren Pomponio, Esq.
Counsel for Plaintiffs

_____
John F. Hussell, IV, Esq.
John D. Wooten, Jr. Esq.
Andrew Ellis, Esq.
Counsel for Defendants

_____
FRANK G. TREADWAY
Class Representative

_____
Stephen W. Ball
Defendants

_____
JOEY CLARK HATFIELD
Class Representative

_____
CHARLES W. HENSLEY
Class Representative