IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

FRANK G. TREADWAY, et al.,

    Plaintiffs,

v.                             CIVIL ACTION NO. 5:16-cv-12149

BLUESTONE COAL CORP., et al.,

    Defendants.

**ORDER**

Upon review of the Plaintiff's *Motion to Enforce Settlement* (Document 43), the Court **ORDERS** that the parties appear for a hearing on **Thursday, March 28, 2019, at 3:00 p.m.,** in Beckley, West Virginia. The Court further **ORDERS** that the Defendants' President(s) or Chief Executive Officer(s) **and** Chief Financial Officer(s), or the companies' equivalent, be present in person at the hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:     March 20, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA