IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

FRANK G. TREADWAY, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.   5:16-cv-12149

BLUESTONE COAL CORP., et al.,

        Defendants.

**ORDER**

For reasons appearing to the Court, it is **ORDERED** that the hearing on the Plaintiff's *Motion to Enforce Settlement*, previously scheduled for Thursday, March 28, 2019, at 3:00 p.m., is **RESCHEDUELD** for **Thursday, March 28, 2019, at 9:00 a.m.**, in Beckley, West Virginia. As previously ordered, the Defendants' President(s) or Chief Executive Officer(s) **and** Chief Financial Officer(s), or the companies' equivalent, shall be present in person at the hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:        March 25, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA