**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

FRANK G. TREADWAY, et al.,
                              Plaintiffs,


v.                                               CIVIL ACTION NO.   5:16-cv-12149


BLUESTONE COAL CORP., et al.,
                              Defendants;


and


DOUGIE LESTER,
                              Plaintiff,


v.                                               CIVIL ACTION NO.   5:17-cv-00740


PAY CAR MINING, INC., et al.,
                              Defendants.


**EXHIBIT LIST**

| Plf't No. | Def't No. | Date Identified | Date Admitted | Description | Location |
|---|---|---|---|---|---|
| 1 | | 3/28/2019 | 3/28/2019 | No. 57 Mine Quarterly Production Information | Clerk's Office |
| 2 | | 3/28/2019 | 3/28/2019 | No. 58 Mine Quarterly Production Information | Clerk's Office |
| 3 | | 3/28/2019 | 3/28/2019 | No. 59 Mine Quarterly Production Information | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |