

Mine Data Retrieval System as developed by PEIR

# Mine Quarterly Production Information

**PLAINTIFF'S EXHIBIT**
5:16-cv-1249
CASE NO. 5:17-cv-740
March 28, 2019
EXHIBIT NO. 1

## Current Mine Information

| | |
|---|---|
| Mine ID: | 4608786 |
| Operator: | Nufac Mining Company, Inc |
| Opr. Begin Date: | 5/23/2017 |
| Mine Name: | No 57 Mine |
| Current Controller: | Jillean L Justice; James C Justice III |
| Controller Start Date: | 5/23/2017 |
| Mine Status: | Active |
| Status Date: | 3/19/2019 |
| Mined Material: | Coal (Bituminous) |
| Type of Mine: | Underground |
| Location: | Mcdowell County, WV |
| State: | WV |

### Operator History for Mine ID: 4608786

| Operator Name | Begin Date | End Date |
|---|---|---|
| Nufac Mining Company, Inc | 5/23/2017 | |
| Pay Car Mining, Inc. | 9/1/2010 | 5/22/2017 |
| Glow Worm Coal Co Inc | 3/12/2003 | 8/31/2010 |
| Rightway Coal Company | 7/22/2002 | 3/11/2003 |
| Glow Worm Coal Company | 9/17/2001 | 7/21/2002 |
| W L Inc | 7/1/1999 | 9/16/2001 |

How do I use this information? *Click Here*

**PLEASE NOTE:** The information provided by the Mine Data Retrieval System (MDRS) is based on data gathered from various MSHA systems. As there may be a lag time in data being entered into those systems, there will also be a lag in the reflection of that data on the MDRS.

## MSHA Mine Quarterly Reported Production Information

The current operator Nufac Mining Company, Inc has been the operator since 5/23/2017

| Prod. Year | Prod. Qtr. | Subunit Cd | Subunit | Quarterly Hrs. | Coal Prod. | Avg. Emp. Cnt.* |
|---|---|---|---|---|---|---|
| 2018 | 1 | 01 | Underground | 19720 | 21240 | 27 |
| 2018 | 1 | 02 | Surface at Underground | 2744 | 0 | 6 |
| 2018 | 2 | 01 | Underground | 10 | 0 | 1 |
| 2018 | 3 | 01 | Underground | 17378 | 18332 | 47 |
| 2018 | 3 | 02 | Surface at Underground | 2820 | 0 | 6 |
| 2018 | 4 | 01 | Underground | 26129 | 11529 | 46 |
| 2018 | 4 | 02 | Surface at Underground | 3499 | 0 | 5 |
| | | | Annual Totals... | 72300 | 51101 | |
| 2017 | 2 | 01 | Underground | 0 | 0 | 0 |
| 2017 | 2 | 02 | Surface at Underground | 900 | 0 | 6 |
| 2017 | 3 | 01 | Underground | 15847 | 13130 | 36 |
| 2017 | 3 | 02 | Surface at Underground | 2706 | 0 | 6 |
| 2017 | 4 | 01 | Underground | 19305 | 8599 | 26 |
| 2017 | 4 | 02 | Surface at Underground | 0 | 0 | 0 |
| | | | Annual Totals... | 38758 | 21729 | |

* Average number of employees reported by the operator for the applicable quarter, subunit and year beginning in 1990.

Return to DRS Home Page