IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

FRANK TREADWAY,
JOEY CLARK HATFIELD,
CHARLES W. HENSLEY,
individually and on behalf of others
similarly situated,
Plaintiffs,

ABSTRACT OF JUDGMENT
Civil Action No. 5:16-cv-12149

v.

BLUESTONE COAL CORP.,
BLUESTONE INDUSTRIES, INC., and
MECHEL BLUESTONE, INC.,
Defendants.

## ABSTRACT OF JUDGMENT

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley on April 18, 2019, in the above-entitled action, in favor of

Frank Treadway, Joey Clark Hatfield, Charles W. Hensley, individually and on behalf of others similarly situated

and against

Bluestone Coal Corp., Bluestone Industries, Inc., and Mechel Bluestone, Inc.

for

$ 391,433.75 due as of April 18, 2019,
in addition to such further daily late fees as may accrue after April 18, 2019, in lieu of the legal rate of interest, at the rate of $1,000.00 per day that each payment to the common fund, class representatives, or class administrator is late, until all sums are paid in full, and $ 270,667.67 due on or before June 23, 2019.

RORY L. PERRY II, CLERK OF COURT         DATE: 4/25/2019

BY: _____
        DEPUTY CLERK

1