| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Frank Treadway, Joey Clark Hatfield, Charles W. Hensley | COURT CASE NUMBER<br>5:16-cv-12149 |
|---|---|
| DEFENDANT<br>Bluestone Coal Corp., Bluestone Industries, Inc., Mechel Bluestone, Inc. | TYPE OF PROCESS<br>Personal service or certified mail |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Hussell, Esq. (attorney for Defendants; authorized to accept service of process)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
300 Summers Street, Suite 1230 P.O. Box 3971 Charleston, WV 25339

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Samuel B. Petsonk, Esq.<br>Mountain State Justice, Inc.<br>223 Prince Street<br>Beckley, WV 25801 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

John Hussell contact information --- Office: (304) 345-9455; Fax: (304) 345-4607 john.hussell@wwdhe.com

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(681) 207-7510 | DATE<br>4/24/2019 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date<br>5/22/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>08.15.19 | Time<br>1004 | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)*<br>Same as above. | Signature of U.S. Marshal or Deputy<br>J. Bailes | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS


FILED
SEP 1 2 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia